# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ESTEVEN GARCIA,
LOYDALE KIRVEN,
FREDERICK BACA,

    Plaintiffs,

vs.                               No. CV 19-00321 KG/SCY

CCS SOLUTIONS, NURSE KATIE,
CURRY COUNTY DETENTION CENTER,

    Defendants.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the "1983 tort claim" complaint filed by Plaintiffs Esteven Garcia, Loydale Kirven, and Frederick Baca on April 4, 2019 (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the "1983 tort claim" complaint filed by Plaintiffs Esteven Garcia, Loydale Kirven, and Frederick Baca on April 4, 2019 (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

                                              _____
                                              UNITED STATES DISTRICT JUDGE